01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                        AT SEATTLE

08  UNITED STATES OF AMERICA,          )     CASE NO. 06-187M
                                       )
09          Plaintiff,                 )
                                       )
10          v.                         )
                                       )     DETENTION ORDER
11  TRACY DAMON LEE,                   )
                                       )
12          Defendant                  )
    _____)

13

14  Offense charged:

15          Felon in Possession of a Firearm as an Armed Career Criminal

16  Date of Detention Hearing:    Initial Appearance - 04/21/06

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          (1)     Defendant is charged by Complaint with being an armed career criminal in

    DETENTION ORDER                                          15.13
    18 U.S.C. § 3142(i)                                      Rev. 1/91
    PAGE 1

01  possession of a firearm, having been previously convicted of the crimes of robbery in the first

02  degree, two counts of armed bank robbery and possession of a firearm in connection with a crime

03  of violence.  He is currently on supervised release with the U.S. Probation Office and is facing

04  revocation charges.

05         (2)      Defendant was not interviewed by Pretrial Services.   He does not contest detention.

06         (3)      Defendant poses a risk of nonappearance due to his history of eluding law

07  enforcement officers, pending state charges, poor performance while on U.S. Probation

08  supervision, history of substance abuse and an active warrant.  He poses a risk of danger due to

09  substance abuse, criminal history including armed bank robbery and the nature of the current

10  charges.

11         (4)      There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13  to other persons or the community.

14  It is therefore ORDERED:

15         (1)      Defendant shall be detained pending trial and committed to the custody of the

16                   Attorney General for confinement in a correction facility separate, to the extent

17                   practicable, from persons awaiting or serving sentences or being held in custody

18                   pending appeal;

19         (2)      Defendant shall be afforded reasonable opportunity for private consultation with

20                   counsel;

21         (3)      On order of a court of the United States or on request of an attorney for the

22                   Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of April, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                         15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3