| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-0164JLR |
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| TRACY DAMON LEE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is Defendant Tracy Damon Lee's motion for early termination of supervised release. (Mot. (Dkt. # 163).) Having reviewed the motion, the responses by the parties, and the records and files herein, the court finds that, pursuant to 18 U.S.C. § 3583(e), early termination of Mr. Lee's supervised released is not warranted by Mr.

//
//
//
//

ORDER - 1

Lee's conduct and the interests of justice. Accordingly, the court DENIES Mr. Lee's motion for early termination (Dkt. # 163).

Dated this 12th day of April, 2018.

JAMES L. ROBART
United States District Judge